```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF MISSISSIPPI
                           NORTHERN DIVISION
```

DENISE LORTHRIDGE                                            PLAINTIFF

VS.                                CIVIL ACTION NO. 3:13cv630 TSL-JCG

BAPTIST MEDICAL CENTER                                       DEFENDANT

### ORDER OF DISMISSAL

This cause comes before the court sua sponte, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties. If any party fails to consummate this settlement within thirty (30) days, any aggrieved party may reopen the case for enforcement of the settlement agreement within ten (10) days.

SO ORDERED, this the 12th day of January, 2015.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE